Submitted on record and briefs December 19, 1991, reversed and remanded with instructions to dismiss indictment February 12, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## RAMON RENA HERNANDEZ,
*Appellant.*

(C9011-36377; CA A69195)

823 P2d 1048

Stephen Shurin, Portland, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM